THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>MARAT TIMURSHIN<br><br>Debtor. | CASE NO. C17-1189-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court ORDERS Debtor/Appellant to provide the Court with a complete copy of the Bankruptcy Record on Appeal as it previously designated. (Dkt. No. 5-1 at 8–9.) Debtor/Appellant shall submit a paper copy of the record to the Clerk of Court, attention the Honorable John C. Coughenour, no later than December 22, 2017.

DATED this 18th day of December 2017.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C17-1189-JCC
PAGE - 1