UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: | CASE NO. C17-1189-JCC |
| MARAT TIMURSHIN | MINUTE ORDER |
| Debtor. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Appellant's ex parte motion to continue an appeal hearing (Dkt. No. 14). In the motion, Appellant's counsel asks the Court to continue the bankruptcy appeal hearing scheduled for January 5, 2018 to a date no earlier than January 12, 2018 due to counsel's illness. (Dkt. No. 14 at 1.) At the outset, the Court notes that there is not a hearing scheduled for January 5, 2018. In fact, no hearing has been scheduled in this matter.

Originally, this bankruptcy appeal was noted for January 5, 2018, meaning on that day the appeal would be fully briefed and ready for the Court's consideration. (*See* Dkt. No. 6.) However, on December 19, 2017 the Court issued a minute order that required the Appellant to supplement the record on appeal. (Dkt. No. 11.) The Court determined the record was incomplete, and ordered Appellant to obtain and file a transcript of the July 6, 2017 hearing

1 | before Bankruptcy Judge Christopher Alston, in which Appellant argued for an extension of the
2 | automatic stay. (*Id*.) The Court ordered Appellant to file the transcript no later than January 5,
3 | 2018. (*Id*.) At the same time, it re-noted the bankruptcy appeal to January 19. 2018—meaning,
4 | the Court would not take the appeal under consideration until that date. (*Id*.) There is still no
5 | hearing set in this matter.

Since there is no hearing scheduled, Appellant's motion to continue hearing (Dkt. No. 14) is DENIED. This order does not relieve Appellant from the Court's previous order to obtain and file a transcript of the July 6, 2017 hearing by January 5, 2018. (*See* Dkt. No. 11.)

DATED this 5th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk